UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO: 3:07-CV-439-MR-DCK

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., as Broadcast Licensee of the May 5, 2007 DeLaHoya/Mayweather Program, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| LEAH PATRICE LYNN, Individually and as officer, director, shareholder and/or principal of SITUATIONS, INC. d/b/a SITUATIONS BAR & GRILL a/k/a SITUATIONS LOUNGE, and SITUATIONS, INC. d/b/a SITUATIONS BAR & GRILL a/k/a SITUATIONS LOUNGE, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER

Considering the foregoing, IT IS HEREBY ORDERED that JULIE COHEN LONSTEIN, ESQ., be and hereby is, permitted to appear *pro hac vice* for all purposes, including being heard in open court, in all aspects of the above-captioned matter.

Signed: October 19, 2007

David C. Keesler
United States Magistrate Judge