# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:07-CV-439-MR-DCK

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.** )<br>  )<br> **Plaintiff,** )<br>  )<br> v. )<br>  )<br> **LEAH PATRICE LYNN**, d/b/a )<br> **SITUATIONS BAR & GRILL** a/k/a )<br> **SITUATIONS LOUNGE**, and )<br> **SITUATIONS, INC.** d/b/a **SITUATIONS** )<br> **BAR & GRILL** a/k/a **SITUATIONS** )<br> **LOUNGE,** )<br>  )<br> **Defendants.** )<br>  ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. The undersigned notes that this case was filed October 16, 2007 and that a recent "Memorandum And Recommendation" (Document No. 12) resolved a pending motion to dismiss. Therefore, pursuant to Local Rule 16.1, it is necessary and proper that the parties conduct an Initial Attorney's Conference ("IAC") and promptly file a Certification of Initial Attorney's Conference ("CIAC") and proposed discovery plan.

**IT IS, THEREFORE, ORDERED** that the parties shall conduct an IAC and file a CIAC and proposed discovery plan on or before **August 13, 2008.**

**SO ORDERED**.

Signed: July 24, 2008

*David C. Keesler*
United States Magistrate Judge