**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CIVIL CASE NO. 3:07cv439**

| | | |
|---|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | <u>**O R D E R**</u> |
| | ) | |
| **LEAH PATRICE LYNN,** *et. al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Plaintiff's Notice of Settlement and Administrative Dismissal [Doc. 20], filed November 20, 2008.

In the Notice, the Plaintiff asks that the case be administratively closed until February 28, 2009 in order for the parties to accomplish the financial aspects of a settlement agreement into which the parties have entered. While resolution by settlement is a goof thing, the case will not be administratively closed and all pre-trial deadlines in the Pre-Trial Order and Case Management Plan [Doc. 17] entered on September 5, 2008 remain in place.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Notice of Settlement and Administrative Dismissal [Doc. 20] is construed as a motion to administratively close the case and as so construed is hereby **DENIED**.

**IT IS FURTHER ORDERED** that the parties' shall file a joint stipulation of dismissal on or before December 22, 2008. If no stipulation of dismissal is filed, the case will be placed on the trial calendar for the next civil or mixed term following February 28, 2009.

Martin Reidinger
United States District Judge

Signed: November 25, 2008